JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LUIS MOLINA,<br><br>Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK, WALMART STORES, INC.,<br><br>Defendants. | Case No.<br>EDCV 17-1464 JGB (JEMx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Motion for Summary Judgement by Defendants Synchrony Bank and Walmart Stores, Inc. is GRANTED. Plaintiff Luis Molina's Complaint against these Defendants is DISMISSED.

Judgment is entered in favor of Defendants.

Dated: April 17, 2018

THE HONORABLE JESUS G. BERNAL
United States District Judge